619 A.2d 1063

NATIONAL SOLID WASTES MANAGEMENT ASSOCIATION

v.

Robert P. CASEY, Governor of the Commonwealth of Pennsylvania, and Commonwealth of Pennsylvania, Department of Environmental Resources, Appellants.

Supreme Court of Pennsylvania.

Argued Jan. 28, 1993.

Decided Feb. 17, 1993.

Amy L. Putnam, Keith Welks, Harrisburg, for Governor, Com. of Pa. and Dept. of Environmental Resources.

William J. Winning, Robert E.J. Curran, Media, for National Solid Wastes Management Ass'n.

Before LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.

ORDER

PER CURIAM:

Order affirmed.

NIX, C.J., did not participate in the consideration or decision of this case.